```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/28/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ignacio Xochipa, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                Plaintiff,

-against-

IHR1 Construction Inc., Israel Antonio Gomez Hernandez (a/k/a Israel Hernandez), and Mirian Miranda,

                Defendants.

22 Civ. 7332 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 27, 2022, the Court granted Plaintiffs' request for an extension to submit a joint letter and proposed case management plan by November 26, 2022. ECF No. 14. This submission is now overdue. Accordingly, by **December 12, 2022**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: November 28, 2022
       New York, New York

ANALISA TORRES
United States District Judge