UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ignacio Xochipa, *on behalf of himself and others
similarly situated in the proposed FLSA Collective
Action,*

                              Plaintiff,

              -against-

IHR1 Construction Inc., Israel Antonio Gomez
Hernandez (a/k/a Israel Hernandez), and Mirian
Miranda,

                              Defendants.

ANALISA TORRES, District Judge:

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/27/2023
```

22 Civ. 7332 (AT)

**ORDER**

On January 9, 2023, the Court granted Plaintiffs' request for an extension to serve Defendants and submit a joint letter and proposed case management plan by February 10, 2023.  ECF No. 19. Those submissions are now overdue.  Accordingly, by **March 6, 2023**, Plaintiffs shall advise the Court of their intentions with respect to the continuation of this action.  Failure to comply will result in a dismissal for failure to prosecute.

        SO ORDERED.

Dated: February 27, 2023
       New York, New York

                              ANALISA TORRES
                              United States District Judge