```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/19/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ignacio Xochipa, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                    Plaintiff,

-against-

IHR1 Construction Inc., Israel Antonio Gomez Hernandez (a/k/a Israel Hernandez), and Mirian Miranda,

                    Defendants.

22 Civ. 7332 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiff's letter dated May 10, 2023. *See* ECF No. 26. Accordingly, Plaintiff's request for an extension of time to complete service is GRANTED, and Plaintiff's request to serve Defendants via iMessage and WhatsApp is DENIED, without prejudice to renewal, *see Marvici v. Roche Facilities Maint. LLC*, No. 21 Civ. 4259, 2021 WL 5323748, at *3–4 (S.D.N.Y. Oct. 6, 2021). By **June 13, 2023**, Plaintiff shall serve Defendants.

    The Clerk of Court is directed to terminate the motion at ECF No. 26.

    SO ORDERED.

Dated: May 19, 2023
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge