UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Ignacio Xochipa and Jose Luis Oriol, *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action,*

                           *Plaintiff,*

    - against -

IHR1 Construction Inc., Israel Antonio Gomez Hernandez (a/k/a Israel Hernandez), and Mirian Miranda,

                           *Defendants*.
------------------------------------------------------------X

Case No: 1:22-cv-07332

**AFFIRMATION OF SERVICE**

**JASON MIZRAHI**, an attorney duly admitted to practice law in the State of New York, hereby declares that on June 23, 2023, I have served a true and correct copy of Plaintiffs' August 27, 2022 Summons and Complaint [Dckt. No. 1], by sending the same by: (i) certified registered mail, addressed to the last known address as indicated below; (ii) iMessage number, as indicated below; and (iii) WhatsApp number, as indicated below, of the recipient(s) as indicated below and upon information and belief, none of the aforesaid persons is in the military service as defined by the Act of Congress known as the "Soldiers' and Sailors' Civil Relief Act" of 1940 and in the New York "Soldiers' and Sailors' Civil Relief Act."

IHR1 Construction Inc.
13 Sumo Village Ct.
Newark, NJ 07114

IHR1 Construction Inc.
484 Mulberry Street
Newark, NJ 07114

Mirian Miranda
13 Sumo Village Ct.
Newark, NJ 07114

Mirian Miranda
484 Mulberry Street
Newark, NJ 07114

Israel Antonio Gomez Hernandez
13 Sumo Village Ct.
Newark, NJ 07114

Israel Antonio Gomez Hernandez
484 Mulberry Street
Newark, NJ 07114

WhatsApp: (267) 994-0657

iMessage: (267) 994-0657

**JASON MIZRAHI**, an attorney duly admitted to practice law in the State of New York, further declares that on June 23, 2023, I caused a follow-up phone call to be placed to (267) 994-0657, to confirm receipt of the iMessage and WhatsApp messages.

Dated: New York, New York
June 23, 2023

By: /s/ Jason Mizrahi, Esq.
Jason Mizrahi, Esq.
Levin Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
Tel. No.: (212) 792-0046
Email: Jason@levinepstein.com
*Attorneys for Plaintiff*

Cc: All parties via ECF