UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

IGNACIO XOCHIPA, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

JOSE LUIS ORIOL, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                              Plaintiffs,

                -against-

IHR1 CONSTRUCTION INC. et al,

                              Defendants.

-------------------------------------------------------------------X

**22-cv-7332 (AT) (VF)**

**ORDER SCHEDULING IN PERSON CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A conference in this matter to discuss Plaintiffs' letter motion at ECF No. 34 is hereby scheduled for **Monday, August 7, 2023 at 3:00 p.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.  Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information.

      **SO ORDERED.**

DATED:     New York, New York
                July 18, 2023

                                                                      _____
                                                                      VALERIE FIGUEREDO
                                                                      United States Magistrate Judge