# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0046 • E: Joshua@levinepstein.com

October 3, 2023

**_VIA ECF_**
The Honorable Valerie Figueredo, U.S.M.J.
U.S. District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:     *Xochipa v. IHR1 Construction Inc. et al*
        **Case No.: 1:22-cv-07332**

Dear Honorable Magistrate Judge Figueredo:

This law firm represents Plaintiffs Ignacio Xochipa and Jose Luis Oriol (together, the "Plaintiffs") in the above-referenced matter.

Pursuant to Your Honor's Individual Motion Practice Rules I(e), this letter respectfully serves to request that the in-person hearing scheduled for Wednesday, October 4, 2023 be adjourned to a date and time after November 10, 2023.

The basis of this request is that on October 3, 2023, the undersigned met with individual defendant Israel Antonio Gomez Hernandez (a/k/a Israel Hernandez). During the in-person meeting, the parties discussed the possibility of an early resolution, obviating any further Court intervention. The parties' settlement discussions are still ongoing.

In light of the foregoing, it is respectfully requested that the in-person hearing scheduled for Wednesday, October 4, 2023 be adjourned to a date and time after November 10, 2023

Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By:  _/s/ Jason Mizrahi_
        Jason Mizrahi, Esq.
        60 East 42nd Street, Suite 4700
        New York, New York 10165
        Tel. No.:  (212) 792-0048
        Email: Jason@levinepstein.com
        *Attorneys for Plaintiffs*

Application Granted

Valerie Figueredo, U.S.M.J.
DATED: October 3, 2023
The conference currently scheduled for October 4, 2023 is rescheduled for November 13, 2023, at 10:15 a.m. in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.

VIA ECF: All Counsel