UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Ignacio Xochipa and Jose Luis Oriol, *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action,*

                            *Plaintiff*,

                        *- against -*

IHR1 Construction Inc., Israel Antonio Gomez Hernandez (a/k/a Israel Hernandez), and Mirian Miranda,

                        *Defendants*.
------------------------------------------------------------------X

Case No: 1:22-cv-07332

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

      WHEREAS, pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), Defendants IHR1 Construction Inc., and Israel Antonio Gomez Hernandez (a/k/a Israel Hernandez), (collectively, the "Defendants"), having offered to allow Plaintiffs Ignacio Xochipa and Jose Luis Oriol (together, the "Plaintiffs") to take a judgment against the Defendants in this action in the total sum of Four Thousand Dollars and Zero Cents ($4,000.00), payable as follows:

1.     A payment in the amount of Four Thousand Dollars and Zero Cents ($4,000.00) payable on or before November 15, 2023

    WHEREAS, in the event of Defendants' failure to make any payment when due as set forth above, the breach shall result in accelerated payment of Ten Thousand Five Hundred Dollars and Zero Cents ($10,500.00), together with all costs and attorneys' fees incurred by Plaintiffs in connection with any efforts to enforce any Judgment, less any payments made by Defendants as set forth herein. Defendants acknowledge and agree that this calls for a judgment in a greater amount than the initial judgment amount as a penalty for an uncured default.

    WHEREAS, the total sum of Four Thousand Dollars and Zero Cents ($4,000.00) is inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiffs' claims against

Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action (the "Offer of Judgment").

WHEREAS, a true and correct copy of the Offer of Judgment is annexed hereto as Exhibit "A";

NOTICE IS HEREBY GIVEN that Plaintiff's counsel hereby confirms acceptance of Defendants' Offer of Judgment.

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: _____
Jason Mizrahi
60 East 42nd Street, Suite 4700
New York, NY 10165
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiffs*

Via ECF: All Counsel

Encl.