UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Ignacio Xochipa and Jose Luis Oriol, *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action,*

                    *Plaintiff,*

            *- against -*

IHR1 Construction Inc., Israel Antonio Gomez Hernandez (a/k/a Israel Hernandez), and Mirian Miranda,

                    *Defendants.*
-----------------------------------------------------------------X

Case No: 1:22-cv-07332

**FED.R.CIV.P. 68 JUDGMENT**

      WHEREAS, pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants IHR1 Construction Inc., and Israel Antonio Gomez Hernandez (a/k/a Israel Hernandez), (collectively, the "Defendants"), having offered to allow Plaintiffs Ignacio Xochipa and Jose Luis Oriol (together, the "Plaintiffs"), to take a judgment against the Defendants in this action for the total sum of Four Thousand Dollars and Zero Cents ($4,000.00), payable as follows:

1. A payment in the amount of Four Thousand Dollars and Zero Cents ($4,000.00) payable on or before November 15, 2023,

inclusive of reasonable attorney's fees, costs, and expenses, and apportioned to the legal representation of Plaintiffs, for Plaintiffs' claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action,

      WHEREAS, in the event of Defendants' failure to make any payment when due pursuant the Offer of Judgment, the breach shall result in accelerated payment of the entire Judgment amount of Ten Thousand Five Hundred Dollars and Zero Cents ($10,500.00), together with all costs and attorneys' fees incurred by Plaintiffs in connection with any efforts to enforce any Judgment, less any payments made by Defendants as set forth herein,

WHEREAS, Plaintiffs' counsel having confirmed acceptance of Defendants' offer of judgment, it is,

ORDERED, ADJUDGED, AND DECREED, that Plaintiffs have judgment in the amount of Four Thousand Dollars and Zero Cents ($4,000.00) as against Defendants.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby dismissed with prejudice as against Defendants.

Dated: _____, 2023
       New York, New York

SO ORDERED:

_____